# United States Court of Appeals
# for the Fifth Circuit

No. 24-50377

United States Court of Appeals
Fifth Circuit

**FILED**

April 30, 2025

Lyle W. Cayce
Clerk

GEARY SCHINDEL,

*Plaintiff—Appellant*,

*versus*

EDWARDS AQUIFER AUTHORITY,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:22-CV-960

_____

Before SMITH, GRAVES, and DUNCAN, *Circuit Judges*.

PER CURIAM:[*]

Geary Schindel, a hydrogeologist who worked for the Edwards Aquifer Authority (the "Authority"), was demoted after a field-safety incident. He later resigned. He claims that the Authority demoted him because of his age, maintained a work environment that was hostile based on age, and retaliated against him for opposing the Authority's age-discriminatory practices.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-50377

The district court dismissed for failure to state a claim the hostile work environment and retaliation claims, and it granted summary judgment to the Authority on the discriminatory-demotion claim. Schindel appeals.

We have reviewed the briefs, the record, and the applicable law and have heard oral argument. Essentially for the reasons given by the district court, there is no reversible error. The judgment is AFFIRMED.